UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JOSEFINA ALICIA GUAJARDO, et al., Plaintiffs, | § § § | |
| v. | § § | CIVIL ACTION NO. 7:12-CV-17 |
| CHIP BERRY PRODUCE COMPANY, et al. Defendants. | § § § | |

## STIPULATION FOR DISMISSAL

NOW COME PLAINTIFFS Josefina Alicia Guajardo, Jose Alberto Lara, Rosa Idalia Rios, Guadalupe Garza, Juan Manuel Rodriguez-Morales, Noe Longoria, Guadalupe Lerma, Francisco Villasana, Jose Luis Villasana, Paulino Arrevalo, Jose Pequeño-Vargas, Alan Longoria, Jeremia Ramos, Christopher Longoria, Alfredo Soto, Frank Flores, III, Pedro Marcos Hinojosa, Ruben Castillo, Jr., Israel Martinez, Jesus Puertas, Jose Monserrato Rivera-Lozoya, Guadalupe Santos Rivera-Losoya, Santos Guadalupe Rivera-Lozoya, Homero Guadalupe Rivera-Flores, Doroteo Moya-Garcia, Juan Ruperto Moreno-Fuentes, Juan Gabriel Mendoza-Rodriguez, Jose Raul Gonzalez-Rodriguez, Jose Erasmo Gonzalez-Rodriguez, Abdiel Eliseo Garza-Rivera, Ricardo Fuentes-Borrego, Jose Arjelio Fuentes-Borrego, Miguel Angel Espinoza-Sanchez, Wvence Camarillo-Vega, Juan Jose Camarillo-Lopez, Lizandro Camarillo-Vega, Eliseo Borrego-Garza, Roberto Sanchez-Trevino, Juan Alejo Villegas-Sanchez, Carlos Antonio Villegas-Sanchez, Adrian Casimiro Rodriguez-Garcia, and Argelio Francisco Robles-Garcia; and Defendants Chip Berry Produce Company, Jay Bird Farms, Ltd., R. Zamorano Produce Company, Rodolfo Zamorano, Sr., and Rodolfo Zamorano, Jr., by and through their respective attorneys, who announce that a settlement of this dispute was reached by and between the parties, and who pursuant to Rule 41 (a) (1) (A) (ii) of the Federal Rules of Civil Procedure

hereby stipulate that the above-entitled action be discontinued and dismissed with prejudice and without costs to the parties.

Date:

Respectfully submitted,

_____/s/ Raymond A. Cowley_____
Raymond A. Cowley
Attorney In Charge for
Defendant Chip Berry Produce Co.
SBN 9642
Texas Bar No. 04932400
COX SMITH MATTHEWS INC.
1400 North McColl, Suite 204
McAllen, Texas 78501
Telephone: (956) 984-7400
Facimile: (956) 984-7499
E-mail: rcowley@coxsmith.com

_____/s/ Daniel G. Rios_____
Daniel G. Rios
Attorney in Charge for Defendant
Jay Bird Farms, Ltd.
SBN. 00784844
Law Office of Daniel G. Rios
323 Nolana St.
McAllen, Texas 78504
Telephone: (956) 630-9401
Facsimile: (956) 682-0566
E-mail: danrioslaw@msn.com

_____/s/ Raul Medina_____
Raul Medina
Attorney in Charge for
R. Zamorano Produce Co.,
Rodolfo Zamorano, Sr.,
And Rodolfo Zamorano, Jr.
Law Office of Raul Medina, P.C.
Mesquite Plaza
3101 North Jackson Road
McAllen, Texas 78501
Telephone: (956) 994-9933
Facsimile: (956) 994-9939

_____/s/ Javier Riojas_____
**Javier Riojas**
Attorney-in-charge-for-Plaintiffs
TX Bar No.: 16935830
S.D. No. 15162
542 E. Main Street
P.O. Box 2001
Eagle Pass, Texas 78853
Telephone: (830) 752-6400
Facsimile: (830) 773-5806
E-mail: jriojas@trla.org

**Polly Bone**, of counsel
TX Bar No.: 00787102
S.D. No. 16978
1111 North Main Avenue
San Antonio, Texas 78212
Telephone: (210) 212-3700
Facsimile: (210) 212-3772
E-mail: pbone@trla.org

**Paul Di Blasi**, of counsel
TX Bar No.: 24059254
S.D. No. 975213
316 South Closner Boulevard
Edinburg, Texas 78539
Telephone: (956) 393-6205
Facsimile: (956) 383-4688
E-mail: pdiblasi@trla.org

**TEXAS RIOGRANDE LEGAL AID, INC.**
of counsel
300 South Texas Blvd.
Weslaco, Texas 78596
Telephone: (956) 447-4800
Facsimile: (956) 968-8823

E-Mail: raul@raulmedinalaw.com

**Weeun Wang**, of counsel
1126 16th Street, NW Suite 270
Washington, D.C. 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427
E-mail: wwang@farmworkerjustice.org

**FARMWORKER JUSTICE**, of counsel
1126 16th Street, NW Suite 270
Washington, D.C. 20036
Telephone: (202) 293-5420
Facsimile: (202) 293-5427